UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROLYN RAFAELIAN, an individual, ALEX AND ANI PLEDGE CO., a Rhode Island Corporation and VENICE BEACH WALK, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>LC A&A HOLDINGS, INC. D/B/A LION CAPITAL, a Delaware Corporation,<br><br>Defendant. | Case No.: 1:20-CV-00247-MSM-PAS |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs, Alex and Ani Pledge Co. and Venice Beach Walk, LLC, declare that they have no parent corporation and no publicly traded corporation currently owns 10% or more of their stock.

Respectfully submitted,

**KALBERER LLP**

By: /s/ *Kurt T. Kalberer II*
Kurt T. Kalberer II, Esq. (#8007)
7 World Trade Center
250 Greenwich Street, 46th Floor
New York, NY 10004
Tel: (212) 266-0044
E-Mail: kkalberer@kalbererlaw.com
*Counsel for Plaintiffs Carolyn Rafealian, Alex & Ani Pledge Co. and Venice Beach Walk, LLC*

Dated: June 12, 2020