UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROLYN RAFAELIAN, an individual, ALEX AND ANI PLEDGE CO., a Rhode Island Corporation and VENICE BEACH WALK, LLC, a California Limited Liability Company, *Plaintiffs*, | : : : : : : : |
| Vs. | : : C.A. No. 1:20-cv-00247-MSM-PAS |
| LC A&A HOLDINGS, INC., a Delaware Corporation, LC A&A INTERMEDIATE INVESTORS, LLC, a Delaware limited liability company, LYNDON LEA, an individual, A and A SHAREHOLDING CO., LLC, a Delaware limited liability company, and ROBERT TRABUCCO, an individual, *Defendants*. | : : : : : : : : : |

## **STIPULATION**

In the above-entitled action, it is hereby agreed that the following entry may be made:

1. Plaintiffs may have up to and including October 2, 2020 in which to file their Opposition to Defendants' Motion to Dismiss.

2. Defendants may have up to and including October 16, 2020 in which to file their Reply Brief in Further Support of Defendants' Motion to Dismiss.

| | |
|---|---|
| Plaintiffs,<br>Carolyn Rafealian, Alex & Ani Pledge Co.<br>and Venice Beach Walk, LLC,<br>By their Attorney,<br><br> /s/ Kurt T. Kalberer, II<br>Kurt T. Kalberer II, Esquire (#8007)<br>KALBERER LLP<br>7 World Trade Center<br>250 Greenwich Street, 46th Floor<br>New York, NY 10004<br>(212) 266-0044<br>kkalberer@kalbererlaw.com | Defendants,<br>LC A&A Holdings, Inc., LC A&A<br>Intermediate Investors, LLC and Lyndon Lea,<br>By their Attorneys,<br><br> /s/ Matthew T. Oliverio<br>Matthew T. Oliverio, Esquire (#3372)<br>OLIVERIO & MARCACCIO LLP<br>55 Dorrance Street, Suite 400<br>Providence, RI  02903<br>(401) 861-2900<br>(401) 861-2922 Fax<br>mto@om-rilaw.com<br><br>Elizabeth M. Sacksteder, Esquire<br>(*Admitted Pro Ha Vice*)<br>Michelle Parikh, Esquire<br>(*Admitted Pro Ha Vice*)<br>Juan J. Gascon, Esquire<br>(*Admitted Pro Ha Vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000<br>(212) 757-3990 Fax<br>esacksteder@paulweiss.com<br>mparikh@paulweiss.com<br>jgascon@paulweiss.com<br><br>Defendants,<br>A and A Shareholding Co., LLC and<br>Robert Trabucco,<br>By their Attorneys<br><br> /s/ Douglas J. Emanuel<br>Douglas J. Emanuel, Esquire (#5176)<br>Andre S. Digou, Esquire (#8711)<br>CHACE RUTTENBERG & FREEDMAN<br>One Park Row, Suite 300<br>Providence, RI  02903<br>(401) 453-6400<br>(401) 453-6411 Fax<br>demanuel@crfllp.com<br>adigou@drfllp.com |

2

                                            David I. Horowitz, Esquire
*Admitted Pro Hac Vice*
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, CA 90071
(213) 680-8374
(213) 808-8074 Fax
dhorowitz@kirkland.com

Dated:  September 10, 2020

**SO ORDERED:**

_____
Mary S. McElroy, U.S.D.J.