**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CAROLYN RAFAELIAN, an individual, ALEX AND ANI PLEDGE CO., a Rhode Island Corporation and VENICE BEACH WALK, LLC, a California Limited Liability Company,

Plaintiffs,

v.

LC A&A HOLDINGS, INC., a Delaware Corporation, LC A&A INTERMEDIATE INVESTORS, LLC, a Delaware limited liability Company, LYNDON LEA, an individual, A and A SHAREHOLDING CO., LLC, a Delaware limited liability company and ROBERT TRABUCCO, an individual,

Defendants.

**Case No.: 1:20-CV-00247-MSM-PAS**

**PLAINTIFFS' TABLE OF AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

## TABLE OF AUTHORITIES

**Cases** **Page(s)**

*A.G. ex rel. Maddox v. Elsevier, Inc.,*
732 F.3d 77, 80 (1st Cir. 2013)……………………………………………………9, 10

*Aldridge v. A.T. Cross Corp*.,
284 F.3d 72, 82, 85 (1st Cir. 2002)…………………………………………………..14, 17

*Anderson v. Century Prods. Co.,*
943 F. Supp. 137, 150 (D.N.H. 1996)…………………..………………………21

*Ashcroft v. Iqbal,*
556 U.S. 662, 679 (2009)…………………………………………………………….10

*Basic Inc. v Levinson,*
485 U.S. 224, 239 (1988)……………………………………………………………11

*Bamford v. Penfold, L.P.*,
2020 WL 967942, at *21 (Del. Ch. Feb. 28, 2020)……………………………….20

*Barrett v. Lombardi*,
239 F.3d 23, 26 (1st Cir. 2001)……………………………………………………27

*Bell Atl. Corp. v. Twombly*,
550 U.S. 544, 556, 569-70 (2007)……..…………………………………..…....9, 10

*Bielski v. Cabletron Sys. (in Re Cabletron Sys.),*
311 F.3d 11, 41 (1st Cir. 2002)……………………………………………………17

*Burger King Corp. v. Rudzewicz,*
471 U.S. 462, 477 (1985)…………………………………………………………….29

*Chadbourne & Parke LLP v. Troice,*
134 S. Ct. 1058, 1066 (2014)………………………………………………………13

*Conn v. ITT Aetna Fin. Co.,*
105 R.I. 397 (R.I. 1969)………………………..………………………………..27

*Dura Pharms., Inc. v. Broudo,*
544 U.S. 336, 341-42 (2005)………………………………………………………10

*Emergent Capital Inv. Mgmt., LLC. v. Stonepath Group, Inc.,*
343 F.3d 189, 197 (2d Cir. 2003)…………………………………………………..16

**TABLE OF AUTHORITIES**
**(Continued)**

**Cases** **Page(s)**

*Ernst & Ernst v. Hochfelder,*
425 U.S. 185, 194 (1976)…………………………………………………………..14

*GreenStar IH Rep, LLC v. Tutor Perini Corp.*,
WL 5035567, at *10 (Del. Ch. Oct. 31, 2017)…………………………………....18

*Hartman v. Gilead Scis., Inc. (In re Gilead Scis. Sec. Litig.),*
536 F.3d 1049, 1057 (9th Cir. 2008)……………………………………………….17

*Hill v. Gozani,*
638 F.3d 40, 55 (1st Cir. 2011)……………………………………………………10

*In re Salvatore,*
33 B.R. 85, 86 (Bkr. R.I. 1983)…………………………………………………..16

*In re Phillips Petroleum Secs. Litig.,*
881 F.2d 1236, 1245 n.13 (3d Cir. 1989)……………………………………....12

*Int'l Shoe Co. v. Washington,*
326 U.S. 310, 316 (1945)…………………………………..………………….27

*Levinger v. Matthew Stuart & Co., Inc.,*
676 F. Supp. 437, 439 (D.R.I. 1988)……………………………………………..27

*Lorillard Tobacco Co. v. Am. Legacy Found.,*
903 A.2d 728, 739 (Del. 2006)……………….…………………………………25

*Luce v. Edelstein,*
802 F.2d 49, 56, (2d Cir. 1986)…………………………………………………..11, 12

*Nisselson v. Lernout,*
469 F.3d 143, 150 (1st Cir. 2006)…..…………………………………………...20

*Northeastern Land Servs., Ltd. v. Schulke,*
988 F. Supp. 54, 57 (D.R.I. 1997)………………...……………………………27

*Northern Laminate Sales, Inc. v. Davis,*
403 F.3d 14, 25-26, (1st Cir. 2005)..……………………………………………28, 29

**TABLE OF AUTHORITIES**
**(Continued)**

**Cases** **Page(s)**

*OcasioHernández v. Fortuño-Burset,*
640 F.3d 1, 7, 12-13 (1st Cir. 2011)……………………………………………..9, 10

*Phillips Exeter Acad. v. Howard Phillips Fund, Inc.,*
196 F.3d 284, 288 (1st Cir. 1999)…………………………………………………27, 28

*Prairie Capital III, L.P. v. Double E Holding Corp.*,
132 A.3d 35 (Del. Ch. 2015)……………………………………… ………………19

*Pritzker v. Yari*,
42 F.3d 53, 61 (1st Cir. 1994)……….……………………………………………28

*Rodríguez-Reyes v. Molina-Rodríguez,*
711 F.3d 49, 54 (1st Cir. 2013)……………………………………………………9

*Rosen v. Textron, Inc.,*
321 F.Supp.2d 308, 317 (D.R.I. 2004)……………………………………………12

*Rosenberg v. City of Everett,*
328 F.3d 12, 15 (1st Cir. 2003)……………………………………………………10

*Santiago v. Puerto Rico,*
655 F.3d 61, 72 (1st Cir. 2011)……………………………………………………9

*Sawtelle v. Farrell,*
70 F.3d at 1381, 1391 (1st Cir. 1995) ……………………………………………..27, 29

*Scritchfield v. Paolo,*
274 F. Supp. 2d 163, 189 (D.R.I. 2003)….………………………………………..15

*Sekuk Global Enters. v. KVH Indus.,*
No. 04-306ML 2005 WL 1924202 (D.R.I. Aug. 11, 2005)……………………….18

*Sepúlveda-Villarini v. Dep't of Educ. of P.R.,*
628 F.3d 25, 30 (1st Cir. 2012)……………………………………………………10

*Serra v. Banco Santander P.R.,*
747 F.3d 1, 5 (1st Cir. 2014)……………………………………………………..12, 13

*Sulkow v. Crosstown Apparel, Inc.,*
807 F.2d 33, 36 (2nd Cir. 1986)……………………………………………………13

**TABLE OF AUTHORITIES**
**(Continued)**

**Cases** **Page(s)**

*Swierkiewicz v. Sorema N.A.,*
534 U.S. 506, 512 (2002)……………………………………………………………9

*Swipe Acquisition Corp. v. Krauss,*
C.A. No. 2019-0509 LEXIS 276, *25-27 (Del. Ch. August 25, 2020)…………19

*Tellabs, Inc. v Makor Issues & Rights, Ltd.*,
551 U.S. 308, 323 (2007)……………………………………………………………14

*United Elec., Radio & Mach. Workers of Am.,*
960 F.2d at 1089……………………………………………………………..27, 29

*United Int'l Holdings, Inc. v. Wharf (Holdings) Ltd.,*
210 F.3d 1207, 1221, (10th Cir. 2000)……………………………….……………12

*Villa Marina Yacht Sales, Inc. v. Hatteras Yachts,*
915 F.2d 7, 11, (1st Cir. 1990)……………………………………………………….29

*VLIW Tech., L.L.C. v. Hewlett-Packard Co.,*
840 A.2d 606, 612 (Del. 2003)……………….……………………………………...23

**Statutes and Regulations**

17 CFR § 240.10b-5(b)……………………………………………………………11

§ 10(b) of the Exchange Act………………………………………………………..16

§ 20(a) of the Exchange Act………………………………………………………...23

§ 2 of the Securities Act of 1933, 15 U.S.C. § 77b(1)……………….……………..5

Federal Rule of Civil Procedure 8(c)(1)……………………………………………20

Federal Rule of Civil Procedure 12(b)(6)…………………………………………..9

SEC Rule 10b-5………………………………………………………………………16

Respectfully submitted,

**KALBERER LLP**

By: /s/ *Kurt T. Kalberer II*
Kurt T. Kalberer II, Esq. (#8007)
7 World Trade Center
250 Greenwich Street, 46th Floor
New York, NY 10004
Tel: (212) 266-0044
E-Mail: kkalberer@kalbererlaw.com
*Counsel for Plaintiffs Carolyn Rafealian, Alex & Ani Pledge Co. and Venice Beach Walk, LLC*

Dated: October 14, 2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification to all counsel of record and paper copies were sent to those indicated as non-registered participants.

*/s/ Kurt T. Kalberer II*
Kurt T. Kalberer II