UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROLYN RAFAELIAN, an individual, : | |
| ALEX AND ANI PLEDGE CO., a : | |
| Rhode Island Corporation and : | |
| VENICE BEACH WALK, LLC, : | |
| a California Limited Liability Company, : | |
| *Plaintiffs*, : | |
| : | |
| Vs. : | C.A. No. 1:20-cv-00247-MSM-PAS |
| : | |
| LC A&A HOLDINGS, INC., a Delaware : | |
| Corporation, LC A&A INTERMEDIATE : | |
| INVESTORS, LLC, a Delaware limited : | |
| liability company, : | |
| LYNDON LEA, an individual, : | |
| A and A SHAREHOLDING CO., LLC, : | |
| a Delaware limited liability company, and : | |
| ROBERT TRABUCCO, an individual, : | |
| *Defendants*. : | |

## **STIPULATION**

By agreement of the Parties:

1. Defendants may have up to and including November 6, 2020 in which to file their Reply Brief in Support of Defendants' Motion to Dismiss.

2. The parties further stipulate to the dismissal of Counts IV (Conversion) and Count V (Replevin) of the Amended Complaint without prejudice.

| | |
|---|---|
| Plaintiffs,<br>Carolyn Rafealian, Alex & Ani Pledge Co. and Venice Beach Walk, LLC,<br>By their Attorney, | Defendants,<br>LC A&A Holdings, Inc., LC A&A Imtermediate Investors, LLC and Lyndon Lea,<br>By their Attorneys, |
| /s/ Kurt T. Kalberer, II<br>Kurt T. Kalberer II, Esquire (#8007)<br>KALBERER LLP<br>7 World Trade Center<br>250 Greenwich Street, 46th Floor<br>New York, NY 10004<br>(212) 266-0044<br>kkalberer@kalbererlaw.com | /s/ Matthew T. Oliverio<br>Matthew T. Oliverio, Esquire (#3372)<br>OLIVERIO & MARCACCIO LLP<br>55 Dorrance Street, Suite 400<br>Providence, RI  02903<br>(401) 861-2900<br>(401) 861-2922 Fax<br>mto@om-rilaw.com |
| | Elizabeth M. Sacksteder, Esquire (*Admitted Pro Hac Vice*)<br>Juan J. Gascon, Esquire (*Admitted Pro Hac Vice*)<br>Michelle Parikh, Esquire (*Admitted Pro Hac Vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3965<br>(212) 492-0965 Fax<br>esacksteder@paulweiss.com<br>jgascon@paulweiss.com<br>mparikh@paulweiss.com |

        Defendants,
A and A Shareholding Co., LLC and Robert Trabucco,
By their Attorneys,


  /s/ Andre S. Digou
Andre S. Digou, Esquire (#8711)
Douglas J. Emanuel, Esquire (#5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI  02903
(401) 453-6400
(401) 453-6411 Fax
demanuel@crfllp.com
adigou@drfllp.com

David I. Horowitz, Esquire (*Pro Hac Vice Forthcoming*)
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, CA 90071
(213) 680-8374
(213) 808-8074 Fax
dhorowitz@kirkland.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

          /s/ Matthew T. Oliverio

Case 1:20-cv-00247-MSM-PAS   Document 35   Filed 11/02/20   Page 4 of 4 PageID #: 644

4