UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROLYN RAFAELIAN, an individual, ALEX AND ANI PLEDGE CO., a Rhode Island Corporation, and VENICE BEACH WALK, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>- v -<br><br>LC A&A HOLDINGS, INC., a Delaware Corporation, LC A&A INTERMEDIATE INVESTORS, LLC, a Delaware Limited Liability Company, LYNDON LEA, an individual, A AND A SHAREHOLDING CO., LLC, a Delaware Limited Liability Company, and ROBERT TRABUCCO, an individual,<br><br>Defendants. | 1:20-CV-00247-MSM-PAS |

**Notice of Withdrawal of Appearance of Counsel (Michelle K. Parikh)**

Now comes Attorney Michelle K. Parikh and hereby withdraws her entry of appearance as counsel for LC A&A Holdings, Inc., LC A&A Intermediate Investors, LLC and Lyndon Lea in the above-captioned matter. LC A&A Holdings, Inc., LC A&A Intermediate Investors, LLC and Lyndon Lea continue to be represented by Attorneys Matthew T. Oliverio, Elizabeth M. Sacksteder, and Alyson A. Cohen in this proceeding.

DATED: Bethesda, MD
March 26, 2021

/s/ *Michelle K. Parikh*
Michelle K. Parikh (*Pro Hac Vice*)
2001 K Street NW
Washington, DC 20006
Tel: 202-223-7300
mparikh@paulweiss.com

Defendants
LC A&A Holdings, Inc., LC A&A Intermediate Investors, LLC and Lyndon Lea
By their Attorneys

/s/ *Matthew T. Oliverio*
Matthew T. Oliverio (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel.: (401) 861-2900
Fax: (401) 861-2922
mto@om-rilaw.com

Elizabeth M. Sacksteder (*Admitted pro hac vice*)
Alyson A. Cohen (*Admitted pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3000
Fax: (212) 492-0020

Dated: March 26, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document with the Court's CM/ECF Filing System on the 26th day of March 2021, causing the same to be forwarded by electronic mail to all counsel and parties registered therewith.

/s/ *Matthew T. Oliverio*