# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| CAROLYN RAFAELIAN, an individual, ALEX AND ANI PLEDGE CO., a Rhode Island Corporation and VENICE BEACH WALK, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>LC A&A HOLDINGS, INC., a Delaware Corporation, LC A&A INTERMEDIATE INVESTORS, LLC, a Delaware limited liability Company, LYNDON LEA, an individual, A and A SHAREHOLDING CO., LLC, a Delaware limited liability company and ROBERT TRABUCCO, an individual,<br><br>Defendants. | Case No.: **1:20-CV-00247-MSM-PAS** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, as to all Defendants, each party to bear her, his or its own costs.

Respectfully submitted,

**KALBERER LLP**

By: /s/ *Kurt T. Kalberer II*
Kurt T. Kalberer II, Esq. (#8007)
7 World Trade Center
250 Greenwich Street, 46th Floor
New York, NY 10004
Tel: (212) 266-0044
E-Mail: kkalberer@kalbererlaw.com
*Counsel for Plaintiffs Carolyn Rafealian, Alex & Ani Pledge Co. and Venice Beach Walk, LLC*

Dated: September 22, 2021

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on September 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification to all counsel of record and paper copies were sent to those indicated as non-registered participants.

*/s/ Kurt T. Kalberer II*
Kurt T. Kalberer II
